IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA SCHAEFER, | No. 4:24-CV-00590 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

# ORDER

### FEBRUARY 12, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff's motion to compel, Doc. 31, is **GRANTED IN PART and DENIED IN PART**, consistent with the rational provided in the accompanying Memorandum Opinion. Plaintiff's request to serve additional interrogatories is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge